[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] DECISION AND JUDGMENT ENTRY
* * * * *
This matter is before the court on the petition of prose relator, Tyrone E. Watson, requesting that this court issue a writ of mandamus ordering respondent, Judge Resnick, to respond to relator's petition for post-conviction relief.
6th Dist.Loc.App.R. 6 provides that in an original action, the relator shall "* * * file a praecipe directing the clerk of the court of appeals to serve a copy of the complaint on each other party at the addresses listed in the praecipe." The record before us reveals that relator did not file a praecipe along with his petition. Accordingly, respondent has not been properly served by the clerk with a copy of the petition.
For this reason, this court finds the petition for a writ of mandamus not well-taken and, thus, the writ is denied. This cause is dismissed at relator's costs.
 _______________________________ Peter M. Handwork, P.J.
JUDGE
 _______________________________ George M. Glasser, J.
JUDGE
 _____________________________ James R. Sherck, J.
JUDGE
CONCUR.